1   Nathan J. Aman, Esq.
    Nevada Bar No. 8354
2   Viloria, Oliphant
    Oster & Aman L.L.P.
3   P.O. Box 62
    Reno, Nevada 89504
4   Telephone: (775) 284-8888
    Email: naman@renonvlaw.com
5

6   Matthew S. McLean, Esq.
    *Pro hac vice*
7   Thompson Brody & Kaplan, LLP
    Chicago, IL 60601
8   Telephone: (312) 374-8879
    Email: McLean@tbkllp.com
9

10  *Counsel for Plaintiffs*

11

12              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE DISTRICT OF NEVADA (LAS VEGAS)**
13

14  GREAT AMERICAN INSURANCE COMPANY,
    an Ohio corporation, a/s/o CENTENNIAL
15  EXECUTIVE SUITES, LLC, and TRUCK
    INSURANCE EXCHANGE, A California
16  corporation, a/s/o SHEA AT TENAYA
    VILLAGE,
17
                                    Plaintiff,
18

19      v.

20  GLOBE FIRE SPRINKLER CORPORATION, a
    Michigan Corporation, and A-1 NATIONAL FIRE
21  CO., LLC, d/b/a ALL AMERICAN FIRE, a
    Nevada corporation,
22
                                    Defendants.
23

Case No:  2:20-cv-1907-GMN-VCF

**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES**

24
         **WHEREAS** on October 26, 2020, Plaintiff, GREAT AMERICAN INSURANCE
25
    COMPANY, filed its Complaint for property damage against GLOBE FIRE SPRINKLER
26
    CORPORATION AND A-1 NATIONAL FIRE CO., LLC, doing business as ALL
27
    AMERICAN FIRE.
28

-1-

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. Box 62 – Reno, Nevada 89504
327 CALIFORNIA AVENUE – RENO, NEVADA 89509

VILORIA,
OLIPHANT,
OSTER &
AMAN L.L.P.

**WHEREAS** Plaintiff seeks to file a First Amended Complaint adding Truck Insurance Exchange as an additional named Plaintiff.

**WHEREAS** a copy of Plaintiff's proposed First Amended Complaint for Damages is attached hereto as **Exhibit A**.

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend and file its First Amended Complaint for Damages, a copy of which is attached as **Exhibit A**.

2. Defendants' responsive pleadings shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

A copy of a Proposed Order regarding this Stipulation is attached as **Exhibit B**.

**DATED** this 2ⁿᵈ day of September, 2021.

**VILORIA, OLIPHANT,**
**OSTER & AMAN L.L.P.**

By:/s/ Nathan J. Aman, Esq.
    Nathan J. Aman, Esq.
    Nevada Bar No. 8354
    P.O. Box 3677
    Reno, Nevada 89505
    Telephone: (775) 284-8888
    Email: naman@renonvlaw.com

    Matthew S. McLean, Esq.
    *Pro hac vice*
    Thompson Brody & Kaplan, LLP
    Chicago, IL 60601
    Telephone: (312) 374-8879
    Email: McLean@tbkllp.com

    *Counsel for Plaintiffs*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED _____9-9-2021_____

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. Box 62 – Reno, Nevada 89504
327 California Avenue – Reno, Nevada 89509

VILORIA,
OLIPHANT,
OSTER &
AMAN L.L.P.

1

2

3    **MORRIS, SULLIVAN**                    **LAW OFFICES OF ERIC R. LARSEN**
      **& LEMKUL, LLP**

4

5    By:  /s/    *Christopher Turtzo*          By:  /s/   *Eric R. Larsen*

6    Christopher Turtzo                         Eric R. Larsen
     3960 Howard Hughes Parkway                 9275 W. Russell Rd.

7    Suite 420                                  Suite 205
     Las Vegas, NV 89169                        Las Vegas, NV 89148

8    Telephone: (702) 405-8100                  Telephone: (702) 387-8090
     Email: turtzo@morrissullivanlaw.com        Email: Eric.Larsen@thehartford.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of the law firm of VILORIA, OLIPHANT, OSTER & AMAN L.L.P., and that on the date shown below, I caused service of a true and correct copy of the attached:

**STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES**

to be completed by:

  X      electronic service upon electronically filing the within document with CM/ECF system.

addressed to:

| | |
|---|---|
| Will Lemkul, NV Bar No. 6715<br>Christopher A. Turtzo, NV Bar No. 10253<br>MORRIS, SULLIVAN & LEMKUL, LLP<br>3960 Howard Hughes Parkway, Suite 420<br>Las Vegas, NV 89169 | Phone: (702) 405-8100<br>Fax: (702) 405-8101<br>turtzo@morrissullivanlaw.com<br><br>Counsel for Defendant,<br>Globe Fire Sprinkler Corporation |
| Eric R. Larsen<br>Law Offices of Eric R. Larsen<br>320, Box 19<br>9275 W. Russell Rd. Ste. 205<br>Las Vegas, NV 89148 | Phone: (702) 387-8090<br>Eric.larsen@thehartford.com<br><br>Counsel for A-1 National Fire Co. |

DATED this  2nd  day of September, 2021.

/s/ *Alexandra Tognoni*

ATTORNEYS AND
COUNSELORS AT LAW
Office: (775) 284-8888 Fax: (775) 284-3838
P. O. Box 62 – Reno, Nevada 89504
327 California Avenue – Reno, Nevada 89509

VILORIA,
OLIPHANT,
OSTER &
AMAN L.L.P.