# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, on Ohio corporation, a/s/o CENTENNIAL EXECUTIVE SUITES, LLC, a Nevada limited liability company, and TRUCK INSURANCE EXCHANGE, A California Corporation, a/s/o SHEA AT TENAYA VILLAGE, | 2:20-cv-01907-GMN-VCF **ORDER** |

                    Plaintiff,

v.

GLOBE FIRE SPRINKLER CORPORATION, a Michigan Corporation, and A-1 NATIONAL FIRE CO., LLC, d/b/a ALL AMERICAN FIRE, a Nevada corporation,

                    Defendant(s).

Before the court is *Great American Insurance Company, et al. v. Globe Fire Sprinkler Corporation, et al.*, case number 2:20-cv-01907-GMN-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before April 19, 2022.

DATED this 5th day of April, 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE