Law Offices of ERIC R. LARSEN
Eric R. Larsen, Esq.
Nevada Bar No.: 9423
9275 W. Russell Rd., Ste. 205
Las Vegas, NV 89148
Telephone: (702) 387-8070
Facsimile: (877) 369-5819
Eric.Larsen@thehartford.com
Attorney for Defendant,
A-1 NATIONAL FIRE CO., LLC
D/B/A ALL AMERICAN FIRE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation, a/s/o CENTENNIAL EXECUTIVE SUITES, LLC, a Nevada limited liability company, and TRUCK INSRUANCE EXHANGE, a California corporation, a/s/o SHEA AT TENAYA VILLAGE<br><br>Plaintiffs<br><br>—vs—<br><br>GLOBE FIRE SPRINKLER CORPORATION, a Michigan corporation, and A-1 NATIONAL FIRE CO., LLC, d/b/a ALL AMERICAN FIRE, a Nevada corporation.<br><br>Defendants | Case No.: 2:20-cv-01907-CDS-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 29] |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs' GREAT AMERICAN INSURANCE COMPANY's and TRUCK INSURANCE EXCHANGE's causes of action be dismissed with prejudice, and that all parties are to bear their own costs and attorney's fees. Trial has not been set and no motions are pending.

///
///
///
///
///

1

| | |
|---|---|
| DATED this 22nd day of February, 2023.<br><br>Law Offices of ERIC R. LARSEN<br><br>*/s/ Eric R. Larsen*<br>_____<br>Eric R. Larsen, Esq.<br>Nevada Bar No.: 9423<br>9275 W. Russell Rd., Ste. 205<br>Las Vegas, NV  89148<br>Telephone:  (702) 387-8070<br>Attorney for Defendant,<br>A-1 NATIONAL FIRE CO., LLC, D/B/A ALL AMERICAN FIRE | DATED this 16th day of February, 2023.<br><br>THOMPSON BRODY & KAPLAN, LLP<br><br>*/s/ Matthew S. McLean*<br>_____<br>Matthew S. McLean, Esq.<br>(Admitted pro hac vice)<br>Chicago, IL 60601<br>Attorney for Plaintiffs,<br>GREAT AMERICAN INSURANCE COMPANY and TRUCK INSURANCE EXCHANGE |

DATED this 17th day of February, 2023.

MORRIS SULLIVAN & LEMKUL, LLP

*/s/ Christopher A. Turtzo*
_____
Christopher A. Turtzo, Esq.
Nevada Bar No.:  10253
3960 Howard Hughes Parkway, Ste. 400
Las Vegas, NV  89169
Telephone:  (702) 405-8100
Attorney for Defendant,
GLOBE FIRE SPRINKLER CORPORATION

**ORDER**

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the stipulation for dismissal [ECF No. 28] is denied at moot. The Clerk of Court is directed to close this case.

Submitted By:
Law Offices of ERIC R. LARSEN

*/s/ Eric R. Larsen*
_____
Eric R. Larsen, ESQ.
Nevada Bar No.: 9423
9275 W. Russell Rd., Ste. 205
Las Vegas, NV  89148
Attorney for Defendant,
A-1 NATIONAL FIRE CO., LLC, D/B/A ALL AMERICAN FIRE

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 22, 2023